IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| KOGAP Enterprises, Inc., | ) | |
| | ) | Case No. 1:22-cv-01468-CL |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| City of Medford, | ) | |
| Defendant. | ) | |

Judgment is entered in accordance with the Opinion and Order [56].    The City's motion for summary judgment on all remaining claims 37 is GRANTED. Plaintiff's Motion 36 is DENIED. This case is dismissed, and judgment shall be entered on behalf of the City of Medford.

DATED this 7th day of August, 2024.

/S/ Mark D. Clarke

_____

MAGISTRATE JUDGE MARK D. CLARKE